# United States District Court
## *Southern District of Georgia*

Israel Moses Jones

## JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: CV418-24

Antonio Caldwell

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 9, 2018, Jones' petition for habeas corpus is dismissed without prejudice. This action stands closed.

| April 9, 2018 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |